UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 07 2017 ★
LONG ISLAND OFFICE

ISLAM SHARIF,

    Plaintiff,

v.

EXPERT GLOBAL SOLUTIONS
FINANCIAL CARE, INC.

    Defendant.

Civil Action No: 2:17-cv-02301-LDW-ARL

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Islam Sharif, and Defendant, Expert Global Solutions Financial Care, Inc. (EGS), by and through their undersigned counsel, represent to the Court this matter, regarding plaintiff's claims against EGS, have been resolved amicably. The parties request entry of an Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated: August 31, 2017

s/Subhan Tariq
Subhan Tariq, Esq.
The Tariq Law Firm, PLLC
90-52 171st Street
Jamaica Estates, New York 11432
Phone: (516) 900-4529
Fax:   (516) 453-0490
subhan@tariqlaw.com
*Attorney for Plaintiff*
*Islam Sharif*

s/Michael D. Slodov
Michael D. Slodov, Esq.
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit St.
Chagrin Falls, OH 44022-2709
Phone: (440) 318-1073
Fax:   (216) 359-0049
mslodov@sessions.legal
*Attorney for Defendant,*
*Expert Global Solutions*
*Financial Care, Inc.*

SO ORDERED
[signature]
USDJ.
Central Islip, NY
9/7/17